UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

RECEIVED
U.S. MARSHAL
BALTIMORE MD

2002 APR 22 P 12: 49

| | |
|---|---|
| BANK OF THE WEST<br>1450 Treat Boulevard<br>P.O. Box 8050<br>Walnut Creek, California 94596-8050<br><br>　　　Plaintiff<br><br>v.<br><br>YACHT BAGATELLE<br>(Official Number 599852), her engines,<br>tackle, furniture, equipment, etc., <u>in rem</u>,<br>et al.<br><br>　　　Defendants | CIVIL ACTION NO.:<br><br>**WMN 02 CV 1433** |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## <u>ORDER APPOINTING SUBSTITUTE CUSTODIAN</u>

Upon consideration of the Motion of Plaintiff, Bank of the West, for an Order appointing a Substitute Custodian, and good cause having been shown thereby, it is, this _22_ day of _April_, 2002, by the United States District Court for the District of Maryland,

ORDERED, that the United States Marshal for the District of Maryland be, and he hereby is authorized and directed upon his arrest and seizure of the Yacht BAGATELLE , together with her engines, tackle, equipment, furniture and all other necessaries thereunto appertaining and belonging, pursuant to the Warrant for Arrest issuing in this case, to surrender the possession thereof to Marine Recovery Services, Inc., the Substitute Custodian named herein, and upon surrender of the vessel to the Substitute Custodian to transfer to it the responsibilities for the safekeeping of said vessel; and it is

119176 v. (09858.00001)



FURTHER ORDERED, that Marine Recovery Services, Inc. be and it hereby is, appointed the Substitute Custodian of the Yacht BAGATELLE, etc., to retain the same in its custody or possession, with leave to move said vessel within the confines of this District without further Order of this Court, but with the approval of counsel for the plaintiff herein; and it is

FURTHER ORDERED, that as Substitute Custodian, Marine Recovery Services, Inc. is hereby authorized to perform the services set forth and described in the plaintiff's Motion for Order Appointing Substitute Custodian, and that the Substitute Custodian's charges and fees described in said Motion shall be deemed in custodia legis expenses and shall be considered part of the costs herein.

United States District Judge