UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

RECEIVED
U.S. MARSHAL
BALTIMORE MD

2002 APR 22  P 12: 49

BANK OF THE WEST  *
1450 Treat Boulevard
P.O. Box 8050  *
Walnut Creek, California 94596-8050
  *
    Plaintiff
  *
v.
  *
YACHT BAGATELLE      CIVIL ACTION NO.:
(Official Number 599852), her engines,  *
tackle, furniture, equipment, etc., in rem,
et al.  *      WMN 02 CV 1433
  
    Defendants  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER FOR ISSUANCE OF PROCESS IN REM (WARRANT) FOR THE ARREST OF THE YACHT BAGATELLE, ETC.**

Upon reading and review of the Verified Complaint for issuance of process for the arrest of the YACHT BAGATELLE, etc., filed in the above case by the plaintiff, Bank of the West, and good cause having been shown thereby, it is, this ___ day of _____, 2002, by the United States District Court for the District of Maryland,

ORDERED, that the Clerk issue a Warrant for the arrest of the YACHT BAGATELLE (Official No. 599852), her engines, tackle, equipment, furniture and all other necessaries thereunto appertaining and belonging, directing the U. S. Marshal to arrest the vessel, with notice to all persons claiming any interest therein to appear and file their Claims and Answer the Verified Complaint.

                                                                  _____
                                                                  United States District Judge

119176 v. (09858.00001)