FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUL 17 P 12: 26

RECEIVED
U.S. MARSHAL
BALTIMORE MD
2002 JUL 17 P 1: 36

AT BALTIMORE
_____DEPUT_

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

BANK OF THE WEST
1450 Treat Boulevard
P.O. Box 8050
Walnut Creek, California 94596-8050

      Plaintiff

v.

YACHT BAGATELLE
(Official Number 599852), her engines,
tackle, furniture, equipment, etc., in rem,
et al.

      Defendants

CIVIL ACTION NO.:

WMN-02-CV-1433

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER CONFIRMING SALE OF YACHT BAGATELLE, ETC.

WHEREAS, by its Order for Interlocutory Sale of the Yacht BAGATELLE (Official No. 599852), etc., dated June 14, 2002, this Court directed the United States Marshal for the District of Maryland to cause the above vessel to be sold at public auction in accordance with the terms and conditions of the Order for Interlocutory Sale; and

WHEREAS, the United States Marshal set the date for the public auction sale of the vessel for July 10, 2002 at 12:00 noon; and

WHEREAS, on July 10, 2002 at approximately 12:00 noon, the United States Marshal for the District of Maryland conducted the public auction sale of the vessel as directed, and in accordance with this Court's Order for Interlocutory Sale dated June 14, 2002; and

WHEREAS, the highest bid received for the Yacht BAGATELLE (Official No. 599852), etc., at the public auction sale was Three Hundred Thousand Dollars ($300,000.00), which bid was offered by Bank of the West; and

124625 v. (09858.00001)

WHEREAS, the price bid for the Yacht BAGATELLE (Official No. 599852), etc., was a fair, adequate and reasonable bid price for said vessel, no higher bids have been received or filed, no objections to the auction have been filed, and there can be no certainty that any higher bid or price could be obtained in any later sale of the vessel and its appurtenances;

NOW, THEREFORE, it is, this 17th day of July, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That the United States Marshal's public auction sale of the Yacht BAGATELLE (Official No. 599852), her engine, tackle, equipment, furniture and all other necessaries thereunto appertaining and belonging, on July 10, 2002, for Three Hundred Thousand Dollars ($300,000.00) to Bank of the West, be, and the same hereby is, ratified and confirmed.

2. That the United States Marshal shall deliver possession of the Yacht BAGATELLE (Official No. 599852), etc., to Bank of the West, and shall promptly execute and deliver to Bank of the West a Bill of Sale for the vessel, free and clear of all liens or encumbrances whatsoever.

3. That the plaintiff, Bank of the West shall make prompt payment to the United States Marshal for the District of Maryland of all unpaid costs and expenses, if any, due and payable to the United States Marshal in this matter, regarding the Yacht BAGATELLE (Official No. 599852), etc.

4. Any and all claims against the proceeds of sale of the Yacht BAGATELLE (Official No. 599852), etc., if any, must be presented in the form of an Intervening Complaint filed herein, within thirty (30) days of this Order or be deemed in default and forever barred.

_____
United States District Judge

124625 v. (09858.00001)