

**Wright, Constable & Skeen, L.L.P.** | Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

RECEIVED OCT 22 2002 SENIOR JUDGE WILLIAM M. NICKERSON

October 21, 2002

Writer's Direct Dial/E-Mail:
(410) 659-1304/swhite@wcslaw.com

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
  Michael A. Stanley
  Howard S. Stevens*
  Victoria August
  Joy K. Sakellaris

Of Counsel
  Francis N. Iglehart
  P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
  307 West Allegheny Avenue
  Towson, Maryland 21204-4258
  Phone 410-825-0750
  Fax    410-825-0715

www.wcslaw.com

The Honorable
William M. Nickerson
United States District Judge
U.S. Court House
101 W. Lombard Street
Baltimore, MD 21201

      Re:    Bank of the West v. Yacht BAGATELLE, etc., et al.
               U.S. District Court for the District of Maryland
               Civil Action No. WMN-02-CV-1433
               Our File No. 9858-01

Dear Judge Nickerson:

      As you know, the above case involves the arrest of the Yacht BAGATELLE in foreclosure of a preferred ship mortgage, as well as pursuit by the plaintiff of deficiency judgments against M. Janet Orr and Kenneth Orr, the two mortgagors of the boat.

      The *in rem* aspects of this case have now been concluded, with the arrest, sale, confirmation and judgment entered against the proceeds of sale of the Yacht BAGATELLE. All that remains is to conclude the *in personam* aspect of this case against the Orrs for the deficiency.

      An Answer was filed *pro se* by M. Janet Orr on June 25, 2002. In your Order dated June 28, 2002 you set a deadline of October 28, 2002, for the plaintiff to file Summary Judgment motions. However, after plaintiff requested the court to enter a Default against defendant Kenneth Orr, you noted in your Order dated September 16, 2002, that the certified mail receipt had not been signed by Mr. Orr. This required plaintiff to serve Mr. Orr with a new Summons. That Summons and Complaint were served personally upon Mr. Orr by private process server in Park City, Utah on October 8, 2002. Because process was served outside of Maryland, the Summons does not require a response for 60 days (until December 7, 2002).

      At present, plaintiff has offered the Yacht BAGATELLE for sale, but a committed buyer has not been found. The Yacht has not yet been resold and

cls

118389 v. (09858.00001)

*APPROVED* THIS 22nd DAY OF October, 02
[signature]
SENIOR UNITED STATES DISTRICT JUDGE

*Admitted in the District of Columbia and Maryland
**Admitted in the District of Columbia, Maryland and Virginia

Clerk, U.S. District Court
October 21, 2002
Page 2

the full extent of the deficiency judgment to be sought by plaintiff from the individual defendants cannot precisely be ascertained.

Since the boat has not yet been resold, and since a response to the Complaint is not required from Mr. Orr until December 7, 2002, it is respectfully requested that the deadline for the plaintiff to file a Motion for Summary Judgment be extended until January 24, 2003.

Your attention to this request is appreciated. If a more formal Motion is required, please let me know and I would be happy to file one.

Very truly yours,

Stephen F. White

cc:

M. Janet Orr
7 Eagle Court
Park City, UT  84060

Kenneth Orr
7 Eagle Court
Park City, UT  84060

129051 v. (09858.00001)