# OBER | KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**Carla N. Bailey**
cnbailey@ober.com
410-347-7680

**Offices In**
Maryland
Washington, D.C.
Virginia

February 10, 2003

**VIA FACSIMILE AND REGULAR MAIL**

The Honorable William M. Nickerson
United States District Court Judge
United States District Court for the
 District of Maryland
101 West Lombard Street, Room 340
Baltimore, Maryland 21201

Re:  Bank of the West v. Yacht BAGATELLE, etc., et al
     U.S. District Court Civil Action No. WMN-02-CV-1433

Dear Judge Nickerson:

I write on behalf of both myself and Stephen F. White, Esquire; we respectively represent the Defendants and Plaintiff in the above-captioned action. The parties are currently involved in serious settlement negotiations and expect to reach a resolution within the next few days. As a consequence, Mr. White has agreed to extend the time which Defendants may have to respond to Plaintiff's Motion for Summary Judgment filed with the Court on January 24, 2003. The parties agree that Defendants shall have until February 21, 2003 to file a response if necessary.

We thank you for your consideration and attention in this matter.

Respectfully yours,

Carla N. Bailey

CNB

cc:  Steve White, Esquire
     Mr. and Mrs. Kenneth Orr

APPROVED THIS 10th DAY
OF February, 03
[signature]
SENIOR

TOTAL P.02



**OBER | KALER**
Attorneys at Law

Attorneys at Law
www.ober.com

**facsimile**

| **RESIDENT OFFICE** | **ADDITIONAL OFFICES** | | |
|---|---|---|---|
| 120 East Baltimore Street | 1401 H Street, NW | 254 N. Washington Street | 409 Washington Ave., Ste 1010 |
| Baltimore, MD 21202-1643 | Washington, DC 20005-3324 | Falls Church, VA 22046 | Towson, MD 21204 |
| 410-685-1120 | 202-408-8400 | 703-237-0126 | 410-296-1160 |
| fax 410-547-0699 | fax 202-408-0640 | fax 202-408-0640 | fax 410-296-3974 |

**To:** The Honorable William M. Nickerson    **From:** Carla N. Bailey, Esquire

**Fax:** 410-962-2577    **Pages:** 2

**File #:**    **Date:** February 10, 2003

**Re:** Bank of the West v. Yacht Bagatelle, etc., et. al

Please see the attached letter

*** Important Notice ***

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.