# OBER | KALER
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

**Carla N. Bailey**
cnbailey@ober.com
410-347-7680

Offices In
Maryland
Washington, D.C.
Virginia

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB 21  P 2: 05

AT BALTIMORE

_____ DEPUTY

February 20, 2003

### VIA FACSIMILE AND REGULAR MAIL

The Honorable William M. Nickerson
United States District Court Judge
United States District Court for the
 District of Maryland
101 West Lombard Street, Room 340
Baltimore, Maryland 21201

Re: Bank of the West v. Yacht BAGATELLE, etc., et al
U.S. District Court Civil Action No. WMN-02-CV-1433

Dear Judge Nickerson:

On February 10, 2003 I wrote on behalf of both myself and Stephen F. White, Esquire; respectively representing the Defendants and Plaintiff in the above-captioned action, to inform you that the parties were currently involved in serious settlement negotiations and had agreed to extend the time which Defendants had to respond to Plaintiff's Motion for Summary Judgment filed with the Court on January 24, 2003. The Court approved the extension until February 21, 2003. At this time, the parties have agreed to settle the case, but have not yet formalized the documentation. As a consequence, the parties once more stipulate to extend the time which Defendants have to file a response to Plaintiff's Motion for Summary Judgment. The parties agree that Defendants will have until March 7, 2003 to file a response if necessary.

We thank you for your consideration and attention in this matter.

Respectfully yours,

*Carla N. Bailey*
Carla N. Bailey

CNB

" APPROVED " THIS 21st DAY
OF February, 2003
_____
SENIOR UNITED STATES DISTRICT JUDGE



Honorable William M. Nickerson
February 20, 2003
Page 2


cc:   Steve White, Esquire
      Mr. and Mrs. Kenneth Orr

710518

TOTAL P.03



# OBER | KALE..
Attorneys at Law

Attorneys at Law
www.ober.com

**facsimile**

| **RESIDENT OFFICE** | **ADDITIONAL OFFICES** | | |
|---|---|---|---|
| 120 East Baltimore Street | 1401 H Street, NW | 254 N. Washington Street | 409 Washington Ave., Ste 1010 |
| Baltimore, MD 21202-1643 | Washington, DC 20005-3324 | Falls Church, VA 22046 | Towson, MD 21204 |
| 410-685-1120 | 202-408-8400 | 703-237-0126 | 410-296-1160 |
| fax 410-547-0699 | fax 202-408-0640 | fax 202-408-0640 | fax 410-296-3974 |

| | | | |
|---|---|---|---|
| **To:** | The Honorable William M. Nickerson | **From:** | Carla N. Bailey, Esquire |
| **Fax:** | 410-962-2577 | **Pages:** | 3 |
| **File #:** | 023762.069282 | **Date:** | February 20, 2003 |
| **Re:** | Bank of the West v. Yacht Bagatelle, etc., et. al | | |

Please see the attached letter.

*** Important Notice ***

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.