

**Wright, Constable & Skeen, L.L.P.**   Attorneys at Law

One Charles Center, 16th Floor • 100 N. Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
   Michael A. Stanley
   Howard S. Stevens*
   Victoria August
   Joy K. Sakellaris

Of Counsel
   Francis N. Iglehart
   P. McEvoy Cromwell

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
   307 West Allegheny Avenue
   Towson, Maryland 21204-4258
   Phone    410-825-0750
   Fax       410-825-0715

www.wcslaw.com

March 7, 2003

Writer's Direct Dial/E-Mail:
(410) 659-1304/swhite@wcslaw.com

The Honorable
William M. Nickerson
United States District Judge
U.S. Court House
101 W. Lombard Street
Baltimore, MD  21201

Re:   Bank of the West v. Yacht BAGATELLE, etc., et al.
        U.S. District Court for the District of Maryland
        Civil Action No. WMN-02-CV-1433
        Our File No. 9858-01

Dear Judge Nickerson:

I am writing you on behalf of and with the consent of all counsel to the above case.  As you know, the plaintiff's Motion for Summary Judgment remains pending.  You have already granted two brief extensions of the time the defendants would have to respond to that Motion in order to allow settlement discussions to continue.

Now, I am pleased to inform you that the parties have reached an agreed settlement.  The agreement involves the filing of a Consent Judgment for your approval.  The signed document is now on its way here from California.  We expect to be able to file it next week.  Therefore, the parties jointly request that you withhold ruling upon the pending Motion for Summary Judgment until at least next Friday, March 14, 2003, in order to allow the parties time to file the Request for Approval of Consent Judgment.  In the event we have not filed the Request by next Friday, we will send you a status report.  Hopefully this meets with your approval.

*Admitted in the District of Columbia and Maryland
*Admitted in the District of Columbia, Maryland and Virginia

134558 v. (09858.00001)

The Honorable William M. Nickerson
March 7, 2003
Page 2

Very truly yours,

/s/

Stephen F. White


cc:  Carla Bailey, Esq. (via e-mail)(cnbailey@ober.com)

134558 v. (09858.00001)