UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BANK OF THE WEST | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| YACHT BAGATELLE | | CIVIL ACTION NO.:  WMN-02-CV-1433 |
| (Official Number 599852), her engines, | * | |
| tackle, furniture, equipment, etc., in rem | * | |
| and | * | |
| KENNETH E. ORR | * | |
| and | * | |
| M. JANET ORR | * | |
| | * | |
| Defendants | | |

*     *     *     *     *     *     *     *     *     *     *     *

## JOINT REQUEST FOR ENTRY OF CONSENT JUDGMENT AND DISMISSAL OF COUNTERCLAIMS

Undersigned counsel, in accordance with the Federal Rules of Civil Procedure,

and on behalf of their respective parties, hereby jointly request that this Honorable Court

enter the Consent Judgment in favor of Bank of the West, and against defendants

Kenneth E. Orr and M. Janet Orr, in accordance with the proposed form of Consent

Judgment filed herewith.  At the same time, and conditioned upon the approval of the

Consent Judgment by the court, the parties jointly request that the Court approve and

enter the Stipulation and Order of Dismissal of Counterclaims filed herewith.

133876 v. (09858.00001)

_____/s/_____

Stephen F. White (#00011)
Wright, Constable and Skeen, L.L.P.
One Charles Center, 16th Floor
100 N. Charles Street
Baltimore, Maryland 21201-3812
(410) 659-1304

*Attorneys for Plaintiff*
*Bank of the West*

_____/s/_____

M. Hamilton Whitman, Jr. (#00373)
Carla N. Bailey (#26367)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120

*Attorneys for Defendants*
*Kenneth E. Orr and M. Janet Orr*

(signed by Stephen F. White with
permission of M. Hamilton Whitman, Jr.
pursuant to e-mail from Carla Bailey dated
3/5/03 at 3:13 p.m.)

133876 v. (09858.00001)