UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| BANK OF THE WEST | * |
| | * |
|       Plaintiff | * |
| v. | * |
| YACHT BAGATELLE | CIVIL ACTION NO.: |
| (Official Number 599852), her engines, * | |
| tackle, furniture, equipment, etc., <u>in rem</u> | |
|        * | WMN-02-CV-1433 |
| and | |
|        * | |
| KENNETH E. ORR | |
|        * | |
| and | |
|        * | |
| M. JANET ORR | |
|        * | |
|       Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND ORDER OF DISMISSAL OF COUNTERCLAIMS

The parties hereto, by their undersigned attorneys, hereby stipulate in accordance with Rule 41(a) of the Federal Rules of Civil Procedure that Defendants/Counter-Plaintiffs Kenneth E. Orr and M. Janet Orr's Counterclaims against Plaintiff/Counter-Defendant Bank of the West in this action be dismissed, with prejudice.

134868 v. (09858.00001)

                                                                                  /s/\
M. Hamilton Whitman, Jr.\
Trial Bar No. 00373\
Carla N. Bailey\
Trial Bar No. 26367\
Ober, Kaler, Grimes & Shriver\
A Professional Corporation\
120 East Baltimore Street\
Baltimore, Maryland 21202-1643\
(410) 685-1120\
Attorneys for Kenneth E. Orr\
and M. Janet Orr

(signed by Stephen F. White with permission of M. Hamilton Whitman, Jr. pursuant to e-mail from Carla Bailey dated 3/5/03 at 3:13 p.m.)

                                              /s/\
Stephen F. White, Esquire\
Trial Bar No. 00011\
Wright, Constable & Skeen, L.L.P.\
100 North Charles Street, 16th Floor\
Baltimore, Maryland 21210-3812.\
(410) 659-1304\
Attorneys for Bank of the West

SO ORDERED this ___ day of _____, 2003

_____\
William M. Nickerson,\
United States District Judge