UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BANK OF THE WEST | * | |
| | * | |
| Plaintiff | * | |
| v. | * | |
| YACHT BAGATELLE | * | CIVIL ACTION NO.:  WMN-02-CV-1433 |
| (Official Number 599852), her engines, tackle, furniture, equipment, etc., in rem | * | |
| and | * | |
| KENNETH E. ORR | * | |
| and | * | |
| M. JANET ORR | * | |
| Defendants | | |

* * * * * * * * * * * *

### LINE OF CORRECTION TO CONSENT JUDGMENT

Madam Clerk:

Please substitute the attached Consent Judgment in place of the Consent Judgment previously filed along with the parties' Joint Request for Entry of Consent Judgment and Dismissal of Counterclaims.  The previously filed document did not scan properly, which resulted in its being filed in an inappropriate size.

                                                            /s/
                                        Stephen F. White (#00011)
                                        Wright, Constable and Skeen, L.L.P.
                                        100 N. Charles Street, 16th Floor
                                        Baltimore, Maryland 21201-3812
                                        (410) 659-1304
                                        *Attorneys for Plaintiff*
                                        *Bank of the West*

135074 v. (09858.00001)