UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

BANK OF THE WEST

      Plaintiff

v.

YACHT BAGATELLE
(Official Number 599852), her engines,
tackle, furniture, equipment, etc., in rem

and

KENNETH E. ORR

and

M. JANET ORR

      Defendants

CIVIL ACTION NO.: WMN-02-CV-1433

## CONSENT JUDGMENT

The above-captioned case, having been filed by the Plaintiff, Bank of the West, against the Defendants, Yacht BAGATELLE, etc., in rem, and against Kenneth E. Orr and M. Janet Orr, in personam; and

This court, by its Order dated September 16, 2002, having already entered Judgment by Default in favor of Bank of the West and against the proceeds of the interlocutory sale of the Yacht BAGATELLE, etc.; and

Bank of the West, having filed a fully-supported Motion for Summary Judgment against Defendants Kenneth E. Orr and M. Janet Orr, requesting entry of Summary Judgment in favor of Bank of the West and against the Defendants individually, and jointly and severally, in the

133873 v. (09858.00001)

amount of $95,047.06 (as of February 28, 2003), to which defendants admit having no meritorious defense; and

The Defendants having dismissed with prejudice the Counterclaims they filed against the Plaintiff; and

The parties having agreed to consent to the subject matter jurisdiction, personal jurisdiction, and venue of this court, and to the entry of Judgment in favor of Bank of the West and against defendants Kenneth E. Orr and M. Janet Orr, individually, and jointly and severally, in the amount of $95,047.06; and

The parties having further agreed that said Judgment shall bear interest at the rate of 8.9% per annum during the first 18 months (540 days) after entry of said Judgment, and shall bear interest at the legal rate thereafter, and that all liens and priorities of Bank of the West are not waived, suspended, or otherwise altered; and

The parties having further agreed that the Bank of the West shall refrain from executing or commencing enforcement proceedings to collect upon the unpaid balance of said Judgment (not including the noticing or filing of said Judgment with any court or governmental agency) for a period of 18 months (540 days) after entry of said Judgment, following which, if the Judgment remains unpaid in any amount, Bank of the West may immediately, and without further notice, pursue any and all remedies provided by law for the execution of this Judgment and the collection of the balance due; and

The parties having further agreed that the immediately preceding paragraph shall be null and void in its entirety, and shall have no effect in preventing the immediate execution and enforcement of this Judgment by Bank of the West in the event either Kenneth E. Orr, M. Janet Orr, or both of them, should enter into a general assignment for the benefit of creditors, or

133673 v1 !09858 00001!

commence proceedings for dissolution or liquidation, or commence proceedings for protection under any State or Federal bankruptcy, insolvency, readjustment of debt or liquidation law or statute, or be adjudicated as bankrupt or insolvent, or voluntarily or involuntarily apply for or have a receiver or trustee appointed over their property/assets.

THEREFORE, having determined that there is no just cause for delay, it is, this ____ day of _____, 2003, ORDERED, ADJUDGED and DECREED, by the United States District Court for the District of Maryland, that final Judgment be, and is hereby entered in favor of the Plaintiff, Bank of the West, and against the Defendants, Kenneth E. Orr and M. Janet Orr, individually, and jointly and severally, in the amount of $95,047.06, subject to the terms and conditions set forth hereinabove. Any outstanding costs shall be paid by the Plaintiff.

_____
United States District Judge

The undersigned hereby voluntarily Consent and Agree to the entry of Judgment in the above-captioned case, in accordance with the terms, conditions, and representations set forth hereinabove.

3-1-03
Date

_____
Kenneth E. Orr

3 01 03
Date

_____
M. Janet Orr

3-7-03
Date

_____
April Curtis, Assistant Vice-President, Bank of the West