UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| BANK OF THE WEST | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| YACHT BAGATELLE | CIVIL ACTION NO.: |
| (Official Number 599852), her engines, * | |
| tackle, furniture, equipment, etc., in rem | |
| | * WMN-02-CV-1433 |
| and | |
| | * |
| KENNETH E. ORR | |
| | * |
| and | |
| | * |
| M. JANET ORR | |
| | * |
| Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND ORDER OF DISMISSAL OF COUNTERCLAIMS

The parties hereto, by their undersigned attorneys, hereby stipulate in accordance with Rule 41(a) of the Federal Rules of Civil Procedure that Defendants/Counter-Plaintiffs Kenneth E. Orr and M. Janet Orr's Counterclaims against Plaintiff/Counter-Defendant Bank of the West in this action be dismissed, with prejudice.

134868 v. (09858.00001)

          /s/
_____
M. Hamilton Whitman, Jr.
Trial Bar No. 00373
Carla N. Bailey
Trial Bar No. 26367
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
Attorneys for Kenneth E. Orr
and M. Janet Orr

(signed by Stephen F. White with
permission of M. Hamilton Whitman, Jr.
pursuant to e-mail from Carla Bailey dated
3/5/03 at 3:13 p.m.)


          /s/
_____
Stephen F. White, Esquire
Trial Bar No. 00011
Wright, Constable & Skeen, L.L.P.
100 North Charles Street, 16th Floor
Baltimore, Maryland 21210-3812.
(410) 659-1304
Attorneys for Bank of the West


SO ORDERED this 19th day of March 2003

_____
William M. Nickerson,
United States District Judge

134868 v. (09858.00001)