UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| BANK OF THE WEST <br><br> Plaintiff <br><br> v. <br><br> YACHT BAGATELLE <br> (Official Number 599852), her engines, tackle, furniture, equipment, etc., in rem <br><br> and <br><br> KENNETH E. ORR <br><br> and <br><br> M. JANET ORR <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * CIVIL ACTION NO.:  WMN-02-CV-1433 <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

* * * * * * * * * * * *

**NOTICE OF SATISFACTION**

Please enter the Consent Judgment that was filed in the above captioned case on March 19, 2003 as "paid, settled and satisfied."

                                                           /s/
                                       Stephen F. White
                                       Wright, Constable & Skeen, LLP
                                       One Charles Center
                                       100 N. Charles St., 16th Floor
                                       Baltimore, Maryland  21201-3812
                                       (410) 659-1304
                                       Attorneys for Judgment Creditor
                                       Bank of the West

Dated:  2/17/05

166041 v. (09858.00001)